UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-                                                                    Case No.:  2:09-cr-71-FtM-29SPC

LAWRENCE L. RIPLEY, JR.
_____

**ORDER**

This matter comes before the Court on the Motion to Waive Personal Appearance at Arraignment and Entry of Plea of Not Guilty (Doc. #37) filed on September 29, 2010.  Counsel moves the Court for permission to waive the personal appearance of the Defendant at the arraignment on the Superceding Indictment (Doc. 35).  Both Counsel and the Defendant signed the waiver indicating a copy of the Superceding Indictment was received and the Defendant wishes to enter a not guilty plea.  Accordingly, it is now

**ORDERED:**

The Motion to Waive Personal Appearance at Arraignment and Entry of Plea of Not Guilty (Doc. #37) is **GRANTED**.  The Clerk is directed to enter a plea of Not Guilty on behalf of the Defendant to each and every count contained within the Superceding Indictment.  The Arraignment Hearing on the Superceding Indictment is cancelled.

**DONE AND ORDERED** at Fort Myers, Florida, this   29th    day of September, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record